UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**NECHAMA ABRAHAMS on behalf of himself and all other similarly situated consumers,**

*Plaintiff,*

-vs-

**NORTHSTAR LOCATION SERVICES, LLC,**

*Defendants.*

**VOLUNTARY STIPULATION OF DISMISSAL**

Civil No. 1:20-cv-01931-KAM-VMS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel on behalf of their respective clients, that pursuant to Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to either party.

Therefore it is Ordered by the Court that this action is dismissed without costs and with prejudice.

Dated: August 7, 2020

**ADAM J. FISHBEIN, P.C.**

By: */s/ Adam J. Fishbein*
   Adam J. Fishbein, Esq.
   Attorneys for Plaintiff
   735 Central Avenue
   Woodmere, New York 11598
   Tel: (516) 668-6945
   Email: fishbeinadamj@gmail.com

Dated: August 7, 2020

**BARCLAY DAMON LLP**

By: */s/ Paul A. Sanders*
   Paul A. Sanders, Esq.
   Attorneys for Defendant
   100 Chestnut Street, Suite 2000
   Rochester, New York 14604
   Tel: (585) 295-4426
   Email: psanders@barclaydamon.com

SO ORDERED:   ___Kiyo A. Matsumoto, USDJ___
              Hon. Kiyo A. Matsumoto
              United States District Court Judge
                 8/8/20

21079177.1